UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMIRA M.Y.D.,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-02984-DAD-EFB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 13)

Petitioner Amira M.Y.D. is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 13.) Specifically, the magistrate judge found that petitioner was detained pursuant to 8 U.S.C. § 1225(b)(1)(B) and that her detention had become prolonged. (*Id.* at 4–8.) The magistrate judge concluded that due process required that petitioner be provided with a bond hearing. (*Id.* at 6–8.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 8.) On August 24, 2026, respondents filed their objections to the pending findings and recommendations which are comprised of a single sentence stating that respondents objects for

the same reasons presented in their prior briefing. (Doc. No. 14.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on August 17, 2026 (Doc. No. 13) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to provide petitioner with a bond hearing before an immigration judge within seven days of the date of entry of this order, where respondents will bear the burden of establishing that petitioner poses a danger to the community or a risk of flight by clear and convincing evidence;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE